## Lee A. CLARKE, Plaintiff–Appellant,

### v.

## Lonnie M. SAUNDERS, Warden, Augusta Correctional Center; Doctor Marsh; William Faulkenberry; Augusta Medical Center, Defendants–Appellees.

### No. 00–7257.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Lee A. Clarke, pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Lee A. Clarke, a Virginia inmate, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Clarke v. Saunders,* No. CA–00–1100–AM (E.D. Va. filed July 13, 2000 and July 28, 2000; entered July 31, 2000). We deny the motion for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*